UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Ronald J. Allison,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>All Doctors Listed on the Falsified Order of Commitment,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-02257-JAD-DJA<br><br>**Report and Recommendation** |

After Plaintiff filed initiating documents without an application to proceed *in forma pauperis*, the Court gave Plaintiff until March 4, 2022 to submit an application or pay the filing fee. (ECF No. 3). That deadline has passed. In ordering Plaintiff to file the application or pay the filing fee the Court explained that "if Plaintiff does not file a fully complete application to proceed *in forma pauperis*…or pay the full $402 filing fee for a civil action on or before **March 4, 2022,** the Court will recommend dismissal of this action without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis*." (*Id*. at 5). To date, the Court has not received an application to proceed *in forma pauperis* or the filing fee.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED**.

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation

may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: March 28, 2022

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE